**AFFIDAVIT OF SERVICE**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Index #: 2:18-cv-06823-(JFB)(ARL)
Date Filed: **November 30, 2018**
AOS Filed: _____
Court Date: _____
File No.: 2018101153

ATTORNEY(S): U.S. Department of Justice, Tax Division Sarah T. Mayhew, Esq.
ADDRESS: P.O. Box 55 Washington, DC 20044 PH: (202) 616-1929

**UNITED STATES OF AMERICA,**

*Plaintiff*

vs

**SANG NAHM,**

*Defendant*

STATE OF NEW YORK, COUNTY OF SUFFOLK SS.:

Patricia Conroy, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On February 4, 2019 at 1:35 PM at 20 PETTIT DRIVE, DIX HILLS, NY 11746, deponent served the within **Summons In A Civil Action and Complaint**

with Index Number 2:18-cv-06823 (JFB)(ARL), and Date Filed November 30, 2018 endorsed thereon,
on: **SANG NAHM**, **Defendant** therein named.

#1 INDIVIDUAL [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORP./ENTITY [ ] By delivering to and leaving with _____ who indicated they were authorized to accept service on behalf of the Corporation/Entity.

#3 SUITABLE AGE PERSON [X] By delivering a true copy of each to **Elena Nahm - Wife** a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [X] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

[ ] Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on

#5 MAIL COPY [X] On February 4, 2019, deponent completed service under the last two sections by depositing a copy of the ABOVE DOCUMENTS to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

#6 NON-SRVC [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other:

**Attempts**

#7 DESCRIPTION [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex Female  Color of skin White  Color of hair Brown  Age 36 - 50 Yrs.  Height 5ft4in - 5ft8in
Weight 100-130 Lbs.  Other Features: Elena Nahm identified herself as Korean

#8 WIT. FEES $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#9 MILITARYSRVC [X] Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

#10 OTHER [ ]

Sworn to before me on this 5 day of February 2019

*Deborah Zamarelli*

DEBORAH ZAMARELLI
Notary Public - State of New York
NO. 01ZA6217140
Qualified in Suffolk County
My Commission Expires Feb 8, 2022

Patricia Conroy
Server's Lic #
Work Order # 1115371

CAPITAL PROCESS SERVERS, INC: 20 ___ AVENUE, STE 50, WESTBURY, NY 11590 TEL 516-333-6380 FAX 516-333-6382

NYC DCA Lic: # 1381942

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff(s)* <br> v. <br> SANG NAHM, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No.  2:18-cv-06823 (JFB)(ARL) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sang Nahm
20 Pettit Drive
Dix Hills, NY  11746

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sarah T. Mayhew
Trial Attorney
U.S. Dept. of Justice, Tax Division
P.O. Box 55
Washington, D.C.  20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date:  12/03/2018

*Doreen Flanagan*

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:18-cv-06823 (JFB)(ARL)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sang Nahm

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

[Print]  [Save As...]  [Reset]