IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cv-6823-LDH-CLP |
| Plaintiff, | |
| v. | |
| SANG NAHM, | |
| Defendant. | |

**AMENDED CONSENT JUDGMENT**

Upon the joint motion of the plaintiff, United States of America, and defendant pro se Sang Nahm; IT IS HEREBY ORDERED THAT

Judgment, as amended, is entered for the United States and against Sang Nahm, as a penalty for failure to timely file a Report of Foreign Bank and Financial Accounts (FBAR) for the calendar years 2009 and 2010 for the sum of $36,658.75 (which includes a late-payment penalty of $3,367.99, in addition to the FBAR penalty assessment of $32,729.43, and accrued pre-judgment interest on the FBAR penalty assessment as provided by 31 U.S.C. § 3717(a)(1) of $561.33 up to the date of entry of the original judgment of June 7, 2019). This amended judgment is entered *nunc pro tunc* and post-judgment interest and post-judgment late penalties shall begin to accrue on June 7, 2019.

Post-judgment interest on the FBAR penalty assessment shall accrue pursuant to 28 U.S.C. § 1961(a), and post-judgment late payment penalties shall accrue pursuant to 31 U.S.C.

§ 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9, from June 7, 2019, until the judgment is paid in full.

Dated at Brooklyn, New York, this 20th day of September, 2019.

**Douglas C. Palmer, Clerk**

By: _/s/Jalitza Poveda_
Deputy Clerk

EOD_____